JS-6

PROBER & RAPHAEL, A LAW CORPORATION
DEAN PROBER, ESQ. #106207
HOMAN MOBASSER, ESQ. #251426
20750 Ventura Boulevard #100
Woodland Hills, California 91364
Telephone: (818) 227-0100
Fax: (818) 227-0637
F.130-425A

Attorneys for Defendant
BOSCO CREDIT LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND FELDMAN, | Case No.: 2:15-CV-07439-AB-MRWx |
| Plaintiff | [~~PROPOSED~~] **JUDGMENT** |
| vs. | |
| BOSCO CREDIT LLC, a foreign entity, | |
| Defendant. | |

1
**JUDGMENT**

1 | Having considered all the evidence set forth in the papers submitted by both
2 | Plaintiff RAYMOND FELDMAN (hereinafter "Plaintiff") and Defendant BOSCO
3 |
4 | CREDIT LLC, a foreign entity, (hereinafter "Defendant"), IT IS ORDERED that:
5 | Plaintiff 's Motion for Summary Judgment was denied and  Judgment is entered in
6 |
7 | favor of Defendant.  Defendant is entitled to recover costs in the sum of $385.00
8 | and attorneys fees by motion pursuant to Fed. Rules of Civ. Procedure Rule
9 | 54(d)(2).
10 |
11 |
12 | Dated: September 01, 2016         _____
13 |                                              HONORABLE ANDRÉ BIROTTE JR.
14 |                                              UNITED STATES DISTRICT COURT JUDGE

2
**JUDGMENT**